## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO.  2:03CV20

| | | |
|---|---|---|
| TREEHOUSE CORPORATION, a<br>Nevada corporation,<br><br>        Plaintiff,<br><br>        Vs.<br><br>DAVID H. HEWETT and ANNIE<br>HEWETT, individually and jointly as<br>husband and wife; CHARLES T.<br>HUTCHISON, individually and d/b/a<br>Stateline Realty and Construction; and<br>SOUTHERN DEVELOPMENT<br>COMPANY, a North Carolina<br>Corporation;<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <u>J U D G M E N T</u> |

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover of the Defendants, jointly and severally, damages and pre-judgment interest in the amount of **TWO MILLION, SIX HUNDRED EIGHT THOUSAND, ONE HUNDRED FORTY-ONE DOLLARS AND SIXTEEN CENTS ($2,608,141.16)**, attorney's fees in the amount of **ONE HUNDRED TWENTY-SIX THOUSAND, SIX HUNDRED NINETY-SIX DOLLARS AND NO CENTS ($126,696.00)**, and costs in the amount of **ELEVEN THOUSAND, SIX HUNDRED NINETY DOLLARS AND SIXTY-NINE CENTS ($11,690.69)**, together with interest thereon at the rate of 3.33 percent per annum from entry of this Judgment until paid in full.

**Signed: May 19, 2005**

Lacy H. Thornburg
United States District Judge